UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-62533-RSR
Judge: Robin S. Rosenbaum

WILMINGTON TRUST COMPANY,

    Appellant,

v.

JEFFERIES LEVERAGED CREDIT
PRODUCTS, LLC, and
CASTLE CREEK ARBITRAGE, LLC,

    Appellees
_____/

In re:                                                                                Bankruptcy Case No.: 08-10928-BKC-JKO

TOUSA, INC., *et al.*,

    Debtors.
_____/

**APPENDIX TO BRIEF OF APPELLANT, WILMINGTON TRUST COMPANY, IN ITS CAPACITY AS INDENTURE TRUSTEE, PURSUANT TO FED. R. BANK. P. 8009(b)**

| **DOCUMENTS** | **EXHIBITS** |
|---|---|
| Initial Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage, LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation filed on June 28, 2013 (D.E. 9261) | A |
| Joint Response of the Committee, the Debtors and the Senior Note Indenture Trustees to Initial Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage, LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation filed July 12, 2013 (D.E. 9342) | B |
| Responsive Pleading of Jefferies Leveraged Credit Products LLC and Castle Creek Arbitrage, LLC in Support of Classification of Certain Lot Option Agreement and Model Home Claims as Senior Debt Under the Joint Plan of Liquidation filed on July 19, 2013 (D.E. 9367) | C |
| Option Agreement, Lake Las Vegas Resort, filed June 28, 2013 (D.E. 9261-7) | D |
| Option Agreement, Eagle Dunes Phase IV, filed June 28, 2013 (D.E. 9261-6) | E |
| Option Agreement, Ladera, filed June 28, 2013 (D.E. 9261-8) | F |
| Option Agreement, Victoria Parc at Tradition, filed June 28, 2013 (D.E. 9261-9) | G |
| Option Agreement, Highland Meadows Phase Two, filed June 28, 2013 (D.E. 9261-2) | H |
| Option Agreement, Rock Springs Ridge Phases VI and VII, filed June 28, 2013 (D.E. 9261-5) | I |
| Master Purchase, Construction Management and Rental Agreement, filed June 28, 2013 (D.E. 9261-3) | J |
| Technical Olympic USA, INC., as Issuer 10 3/8% Senior Subordinated Notes due 2012 Indenture dated as of June 25, 2002, filed June 28, 2013 (D.E. 9261-1) | K |
| Order Regarding Classification of Certain Lot Option Agreement and Model Home Claims Under Joint Plan of Liquidation dated August 1, 2013 (D.E. 9435) | L |
| Transcript of Hearings held on July 24, 2013 | M |

United States Securities and Exchange Commission Form 10-Q for quarterly Period ended September 30, 2008 for Tousa, Inc. filed on June 28, 2013 (D.E. 9261-4) ............................................................................................... N

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 3rd day of December, 2013 to parties registered to receive notification via the Court's CM/ECF system and electronic mail to Leah Eisenberg, Esq., Leah.Eisenberg@arentfox.com, Joshua Brody, Esq., jbrody@kramerlevin.com, and Lawrence Earlee Pecan , III, Esq., lpecan@marshallgrant.com.

                                                                   GRAYROBINSON, P.A.
                                                                   1221 Brickell Avenue, Suite 1600
                                                                   Miami, FL 33131
                                                                   Leyza.Blanco@gray-robinson.com
                                                                   Telephone:    (305) 416-6880
                                                                   Facsimile:     (305) 416-6887

                                                                   By:     /s/ Leyza F. Blanco
                                                                              Leyza F. Blanco
                                                                              Florida Bar No.: 104639